No. 77–15. BROOKS *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. C. A. 5th Cir. Certiorari denied. 

No. 77–19. IN RE BOSTON & PROVIDENCE RAILROAD CORP. C. A. 1st Cir. Certiorari denied.

No. 77–20. RINIOLO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 77–21. BARONE ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 77–23. McLUCAS *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied. 

No. 77–27. LANDMESSER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 77–28. IOWA BEEF PROCESSORS, INC. *v.* VALLEY VIEW CATTLE Co. C. A. 5th Cir. Certiorari denied. 

No. 77–29. NEMSER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. 

No. 77–31. KING *v.* UNITED STATES. Ct. Cl. Certiorari denied. 

No. 77–33. TURNER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 77–35. KIRSCHENBLATT, AKA KIRSCH, ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied. 

No. 77–36. SABINE TOWING & TRANSPORTATION Co., INC. *v.* ZAPATA UGLAND DRILLING, INC. C. A. 5th Cir. Certiorari denied.